# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSEPH BRET TAYLOR,

Appellant,

v.

ERIN CARLSON TAYLOR,

Appellee.

No. 2D2025-2194

_____

June 5, 2026

Appeal from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Joseph Bret Taylor, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.